■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HOWARD, Appellant. [758 NYS2d 893] —Appeal from a judgment of Oneida County Court (Donalty, J.), entered March 5, 2001, convicting defendant after a jury trial of robbery in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). Defendant's further contention concerning the severity of the sentence is without merit. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Lawton and Hayes, JJ.